AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
Norfolk Division

| | | |
|---|---|---|
| William E. Johnson, II | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 2:11cv14 |
| Experian Information Solutions, Inc. and Portfolio Recovery Associates, LLC | ) ) | |
| _Defendant_ | ) | |

ORIGINAL

FILED
JAN 20 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Experian Information Solutions, Inc.
Serve: David N. Anthony
Registered Agent
1001 Haxall Point
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leonard A. Bennett, Esquire, Robin A. Abbott, Esquire, Gary L. Abbott, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
_CLERK OF COURT_

Date: 1/7/2011

_Signature of Clerk or Deputy Clerk_
R. Simmons

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA — SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF: VA

266213 - 2

**WILLIAM E. JOHNSON, II**

In re / v.

**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL**

CASE NO: **2:11CV14**

---

**DAVID N. ANTHONY, REGISTERED AGENT**
**EXPERIAN INFORMATION SOLUTIONS, INC.**
**1001 HAXALL POINT, RICHMOND, VA 23219**

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: **SUMMONS IN A CIVIL ACTION**, **COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: **1/13/2011 @ 12:31 PM**

METHOD OF SERVICE:

**PERSONAL SERVICE**

Dated: 1/14/2011 Signature

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Name: LARAINE NICOLE JOHNSON

Subscribed and sworn to/affirmed before me this day by
LARAINE NICOLE JOHNSON
who is personally known to me.
Date: 1/14/2011
My commission expire 1/31/2011

Signature of Notary Public: JEKECIA K RAGSDALE, REG #7127290

JEKECIA K RAGSDALE, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires: 1/31/2011

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS

266213 - 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Norfolk Division

ORIGINAL

William E. Johnson, II )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 2:11cv14
Experian Information Solutions, Inc. and )
Portfolio Recovery Associates, LLC )
_____ )
*Defendant* )

FILED
JAN 20 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Portfolio Recovery Associates, LLC
SERVE: Judith Scott
Registered Agent
120 Corporate Boulevard
Norfolk, Virginia 23502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard A. Bennett, Esquire, Robin A. Abbott, Esquire, Gary L. Abbott, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
CLERK OF COURT

Date: 1/7/2011

*Signature of Clerk or Deputy Clerk*
R. Simmons

266213

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**AUTHORIZATION TO SIGN FOR DOCUMENTATION & RECEIVE SERVICE OF PROCESS**
**FOR**
**DOCUMENTS ADDRESSED TO PORTFOLIO RECOVERY ASSOCIATES, LLC**

This notice hereby authorizes the following individuals to receive and assign for packages related to business matters pertaining to Portfolio Recovery Associates, LLC:



| | | |
|---|---|---|
| Nancy Mahlmann | - | Legal Intake Clerk |
| Phyllis Lowder | - | Legal Records Manager |
| Donna Edmonds | - | Legal Projects Manager |
| Brian Pearson | | Disputes Counsel |
| Franci Ware | - | Compliance Counsel |
| Jeff Sanborn | - | Corporate Counsel |
| Shawn Martin | - | Associate Counsel, Finance |
| Kevin Duffan | - | Associate Counsel, Litigation |
| Donald Redmond | - | Senior Counsel, Government Affairs |
| Christopher Lagow | - | Senior Counsel |

266213-1

This notice also provides written authorization to the individuals listed above to sign and receive service on my behalf if I am unavailable to personally do so.

Judith S. Scott
Member's Representative
Portfolio Recovery Associates, LLC
140 Corporate Boulevard
Norfolk, VA 23502

**COMMONWEALTH OF VIRGINIA**
**CITY OF NORFOLK, to wit:**

On this 11 day of March, 2010, before me appeared Judith S. Scott, who executed the foregoing authorization to receive service of process and acknowledged to me that she executed and delivered the same as Member's Representative and Registered Agent of Portfolio Recovery Associates, LLC.

_____
Notary Public

Jamie DeAnn Lamaster
Commonwealth of Virginia
Notary Public
Commission No. 720448
My Commission Expires 03/31/2012

My commission expires:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF: VA

266213 - 1

**WILLIAM E. JOHNSON, II**

In re / v.

**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL**

CASE NO:

**2:11CV14**

**JUDITH SCOTT, REGISTERED AGENT**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**

**120 CORPORATE BLVD., NORFOLK, VA 23502**

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: **SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: **1/13/2011 @ 1:32 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:*
**NANCY MAHLMANN**

Dated: 1/14/2011
Name: JOHNNIE T. DAY
Signature

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
JOHNNIE T. DAY
*who is personally known to me.*
Date: 1/14/2011
My commission expire 1/31/2011

Signature of Notary Public: JEKECIA K RAGSDALE, REG #7127290

JEKECIA K RAGSDALE, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires: 1/31/2011

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS

266213 - 1