# IN THE UNITED STATES DISTRICT COURT
## FOR EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

WILLIAM E. JOHNSON, II,

       Plaintiff,

v.                                   Civil Action No. 2:11-CV-14

EXPERIAN INFORMATION SOLUTIONS, INC. and
PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

       Defendants.

---

## ENTRY OF APPEARANCE

---

       Steven R. Zahn hereby enters his appearance on behalf of Defendant, Portfolio Recovery Associates, L.L.C.

       Dated this 8th day of February, 2011

                                 Respectfully Submitted,

                                 /s/ Steven R. Zahn_____
                                 Steven R. Zahn, Esq. (VSB#43332)
                                 Portfolio Recovery Associates, LLC
                                 140 Corporate Boulevard
                                 Office of General Counsel
                                 Norfolk, VA  23502
                                 Phone: (757) 321-2510
                                 Fax: (757) 757-321-2518
                                 E-mail: szahn@portfoliorecovery.com

## CM/ECF CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of February, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing electronically to the following:

Gary L. Abbott, Esq.
Leonard Anthony Bennett, Esq.
Robin Ann Abbott, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Blvd. Suite 100
Newport News, VA 23606

and

David Neal Anthony, Esq.
Troutman Sanders LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122

/s/ Steven R. Zahn