# IN THE UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

WILLIAM E. JOHNSON, II,

    Plaintiff,

v.                                                       Civil Action No. 2:11-CV-14

EXPERIAN INFORMATION SOLUTIONS, INC. and
PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendants.

---

### DEFENDANT PORTFOLIO RECOVERY ASSOCIATES. L.L.C.'S
### CORPORATE DISCLOSURE STATEMENT

---

TO THE HONORABLE COURT:

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Portfolio Recovery Associates, L.L.C. hereby discloses as follows:

    Portfolio Recovery Associates, L.L.C., a Delaware limited liability company, is a subsidiary of Portfolio Recovery Associates, Inc., a publicly traded company. No publicly held corporation owns 10% or more of Portfolio Recovery Associates, Inc. stock.

    Dated this 8th day of February, 2011

                                                                            Respectfully Submitted,

        /s/ Steven R. Zahn_____
Steven R. Zahn, Esq. (VSB#43332)
Portfolio Recovery Associates, LLC
140 Corporate Boulevard
Office of General Counsel
Norfolk, VA  23502
Phone: (757) 321-2510
Fax: (757) 757-321-2518
E-mail: szahn@portfoliorecovery.com

## CM/ECF CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of February, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing electronically to the following:

Gary L. Abbott, Esq.
Leonard Anthony Bennett, Esq.
Robin Ann Abbott, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Blvd. Suite 100
Newport News, VA 23606

and

David Neal Anthony, Esq.
Troutman Sanders LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122

        /s/ Steven R. Zahn