

FILED
FEB 10 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

WILLIAM E. JOHNSON, II,

    Plaintiff,

v.                              Civil Action No. 2:11-cv-00014-RBS-DEM

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

    Defendants.

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Motion for an Extension of Time for Defendant, Experian Information Solutions, Inc., to file responsive pleadings to the Complaint filed by Plaintiff, William E. Johnson, II.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for William E. Johnson, II and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Experian shall be GRANTED an extension of time until on or before February 24, 2011 to file its responsive pleadings, including its Answer, to the Complaint filed by William E. Johnson, II.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 10th day of February, 2011.

                                              /s/
                                      Douglas E. Miller
                                      United States Magistrate Judge

                                      United States ~~District Court~~ Judge
                                      Magistrate

WE ASK FOR THIS:

*/s/ David N. Anthony*

David N. Anthony
Virginia State Bar No. 31696
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

SEEN AND AGREED:

*/s/*

Leonard A. Bennett
Virginia State Bar No. 37523
Robin A. Abbott
Virginia State Bar No. 46596
Gary L. Abbot
Virginia State Bar No. 68829
*Counsel for Plaintiff*
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
Email: rabbottlaw@msn.com
Email: garyabbott9@msn.com

2022234v1