UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**WILLIAM E. JOHNSON, II,**

       **Plaintiff,**

v.                                                         Civil Action No.:  2:11-CV-14

**EXPERIAN INFORMATION
SOLUTIONS, INC, PORTFOLIO
RECOVERY ASSOCIATES, LLC,**

       **Defendants.**

**EXPERIAN INFORMATION SOLUTIONS, INC.'S
<u>FINANCIAL INTEREST DISCLOSURE STATEMENT</u>**

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

> <u>Experian plc is the parent company of Experian; (2) Experian plc owns 100 percent of Experian; (3) Experian plc is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian plc is publicly traded on the London Stock Exchange.</u>

                                      **EXPERIAN INFORMATION SOLUTIONS, INC.**

                                      By: <u>     /s/ David N. Anthony     </u>
                                            David N. Anthony
                                            Virginia State Bar No. 31696
                                            *Attorney for Experian Information Solutions, Inc.*
                                            TROUTMAN SANDERS LLP
                                            1001 Haxall Point
                                            Richmond, Virginia 23219
                                            Telephone No.: (804) 697-5410
                                            Facsimile No.: (804) 698-5118
                                            Email: david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of February , 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Leonard A. Bennett
>Gary L. Abbott
>Robin Ann Abbott
>Consumer Litigation Associates
>12515 Warwick Blvd., Suite 100
>Newport News,  VA 23606
>Telephone:  757.930.3662
>Facsimile:  757.930.3662
>Email:  lenbennett@cox.net
>Email:  garyabbot9@msn.com
>Email:  rabbottlaw@msn.com
>*Counsel for Plaintiff*
>
>Steven Zahn
>Portfolio Recovery Associates
>Associate Counsel – Litigation
>140 Corporate Blvd
>Norfolk,  VA 23510
>Telephone:  757.321.2512
>Facsimile:  757.321.2518
>Email:  szahn@portfoliorecovery.com
>*Counsel for Portfolio Recovery Services*

>/s/ David N. Anthony
>David N. Anthony
>Virginia State Bar No. 31696
>*Attorney for Experian Information Solutions, Inc.*
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone No.: (804) 697-5410
>Facsimile No.: (804) 698-5118
>Email: david.anthony@troutmansanders.com