

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WILLIAM E. JOHNSON, II,

    Plaintiff,

v.                                         Civil Action No. 2:11-CV-14

EXPERIAN INFORMATION SOLUTIONS, INC. and
PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendants.

## ORDER EXTENDING TIME

CAME ON Defendant, Portfolio Recovery Associates, L.L.C. ("PRA"), by counsel, upon its Motion to Extend Time. It appearing that the parties are in agreement and for just cause, the Court GRANTS the Defendant PRA's Motion.

IT IS ORDERED that the time in which PRA may file pleadings responsive to the Plaintiff's Complaint be and is extended to and including February 15, 2011.

ENTERED this 25th day of ~~February~~ March, 2011         /s/
                                                      Douglas E. Miller
                                                      United States Magistrate Judge
                                                      U.S. ~~District~~ Judge

We ask for this:

*signature*
Steven R. Zahn, Esq. (VSB#43332)
Portfolio Recovery Associates, LLC
140 Corporate Boulevard
Office of General Counsel
Norfolk, VA 23502
Tel: (757) 321-2510
Fax: (757) 757-321-2518
szahn@portfoliorecovery.com
*Counsel for Defendant Portfolio Recovery Associates*


Seen and agreed:

*signature*
Gary L. Abbott, Esq. VSB 68829
Leonard Anthony Bennett, Esq.
Robin Ann Abbott, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Blvd. Suite 100
Newport News, VA 23606
Tel: (757) 930-3660
Fax: (757) 930-3662
garyabbott9@msn.com
*Counsel for Plaintiff William E. Johnson, II*

*signature*
David Neal Anthony, Esq. (VSB No. 31196)
Troutman Sanders LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
Tel: (804) 697-5410
Fax: (804) 698-5118
david.anthony@troutmansanders.com
*Counsel for Defendant Experian Information Solutions*

2