# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**WILLIAM E. JOHNSON, II,**

      Plaintiff,

v.                                   Civil Action No.:  2:11-CV-14

**EXPERIAN INFORMATION SOLUTIONS, INC, PORTFOLIO RECOVERY ASSOCIATES, LLC,**

      Defendants.

## NOTICE OF APPEARANCE

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, files this Notice of Appearance notifying the Court and opposing counsel that Ethan G. Ostroff, Esq. of law firm of Troutman Sanders LLP, enters his appearance as co-counsel in this matter on behalf of Experian.

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By:     /s/Ethan G. Ostroff
Ethan G. Ostroff (VSB # 71610)
*Attorney for Defendant*
*Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone:  (757) 687-7541
Facsimile:   (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

417356v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**WILLIAM E. JOHNSON, II,**

      **Plaintiff,**

v.                                                    Civil Action No.:  2:11-CV-14

**EXPERIAN INFORMATION
SOLUTIONS, INC, PORTFOLIO
RECOVERY ASSOCIATES, LLC,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

        Leonard A. Bennett
        Gary L. Abbott
        Robin Ann Abbott
        Consumer Litigation Associates
        12515 Warwick Blvd., Suite 100
        Newport News, VA 23606
        Telephone: 757.930.3662
        Facsimile: 757.930.3662
        Email: lenbennett@cox.net
        Email: garyabbot9@msn.com
        Email: rabbottlaw@msn.com
        *Counsel for Plaintiff*

        Steven Zahn
        Portfolio Recovery Associates
        Associate Counsel – Litigation
        140 Corporate Blvd
        Norfolk, VA 23510
        Telephone: 757.321.2512
        Facsimile: 757.321.2518
        Email: szahn@portfoliorecovery.com
        *Counsel for Portfolio Recovery Services*

417356v1

    /s/Ethan G. Ostroff
Ethan G. Ostroff (VSB # 71610)
*Attorney for Defendant*
*Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone:  (757) 687-7541
Facsimile:   (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com