IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**WILLIAM E. JOHNSON, II,**

    Plaintiff,

v.                                                         **CIVIL ACTION NO. 2:11cv14**

**EXPERIAN INFORMATION SOLUTIONS, INC.**

and

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

    Defendants**.**

## MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT

Plaintiff William E. Johnson, II, by counsel, moves this Honorable Court for an Extension of Time to file his required disclosure of expert witness pursuant to Fed R. Civ. P. Rule 26(a)2(A) from June 13, 2011, to June 21, 2011, for the reasons stated in the accompanying Memorandum in Support of Motion for Extension of Time.

                                                  **WILLIAM E. JOHNSON, II**

                                                         /s/
                                                Gary L. Abbott, Esq.
                                                VSB #68829
                                                Attorney for Plaintiff
                                                Consumer Litigation Associates, P.C.
                                                12515 Warwick Boulevard, Suite 100
                                                Newport News, Virginia 23606
                                                (757) 930-3660 - Telephone
                                                (757) 930-3662 – Facsimile
                                                garyabbott9@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven R. Zahn, Esq. (VSB#43332)
Portfolio Recovery Associates, LLC
140 Corporate Boulevard
Office of General Counsel
Norfolk, VA 23502
Phone: (757) 321-2512
Fax: (757) 321-2518
szahn@portfoliorecovery.com
*Attorney for Portfolio Recovery Associates*

David N. Anthony
Virginia State Bar No. 31696
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone No.: (804) 697-5410
Facsimile No.: (804) 698-5118
Email: david.anthony@troutmansanders.com

                                            /s/
                                    Gary L. Abbott, Esq.
                                    VSB #68829
                                    Attorney for Plaintiff
                                    Consumer Litigation Associates, P.C.
                                    12515 Warwick Boulevard, Suite 100
                                    Newport News, Virginia 23606
                                    (757) 930-3660 - Telephone
                                    (757) 930-3662 – Facsimile
                                    garyabbott9@msn.com