UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



WILLIAM E. JOHNSON, II,

    Plaintiff,

v.                                                                                          2:11-cv-14-RBS-DEM

EXPERIAN INFORMATION SOLUTIONS, INC., and
PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendants.

### AGREED STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, by counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by agreement, stipulates to the dismissal with prejudice of Defendant Portfolio Recovery Associates, LLC, each party to bear its own costs.

Respectfully submitted this 28th day of ~~August~~ SEPTEMBER 2011.

Leonard Anthony Bennett, Esq. (VSB#37523)
Gary L. Abbott, Esq. (VSB#68829)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd. Suite 100
Newport News, VA 23606
Phone: (757) 930-3660
Fax: (757) 930-3662
lenbennett@cox.net
garyabbott9@msn.com
*Counsel for Plaintiff*

/s/ _____
Steven R. Zahn, Esq. (VSB#43332)
Portfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA 23502
Phone: 757.321.2512
Fax: 757.321.2518
szahn@portfoliorecovery.com
*Counsel for Defendant Portfolio Recovery Associates, LLC*

/s/ _____
David Neal Anthony, Esq. (VSB#31696)
Troutman Sanders LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
Phone: (804) 697-5410
Fax: (804) 698-5118
Email: david.anthony@troutmansanders.com
*Counsel for Defendant Experian Information Solutions, Inc.*

Sept 28, 2011
Date

_____
United States District Judge

2